IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02864-RPM-MEH

ASHLEY JOHNSON,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,
a Kansas corporation,

    Defendant.
_____

ORDER AWARDING ATTORNEY'S FEES
_____

    Pursuant to the Order on Motion for Attorney's Fees entered by this Court on February 27, 2012, and nothing further having been filed, it is now

    ORDERED, that a plaintiff is awarded attorney's fees in the amount of $2,250.00.

    DATED:   March 22, 2012

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge